IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr59

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GORDON LEE MILLER | ) | |
| | ) | |

**THIS MATTER** comes before the Court on the defendant's pro se Writ in the Nature of Discovery, Request for Debt Validation. (Doc. No. 44).

The Court has previously denied numerous similar motions by the defendant (Doc. Nos. 27, 28, 29, 30, 31, 37) for failure to state a basis in law to assess a debt against the prosecuting attorney in this case. The instant motion likewise fails to provide a basis in law for the requested relief. Given the repetitive and frivolous filings by the defendant, future similar motions will be summarily denied if they are not supported by different legal authority.

**IT IS, THEREFORE, ORDERED** that the defendant's motion (Doc. No. 44) is **DENIED**.

The Clerk is directed to send copies of this Order to the parties, including Gordon Lee Miller, No. 21187-058, FMC Butner, P.O. Box 1600, Butner, NC 27509.

Signed: February 27, 2009

Robert J. Conrad, Jr.
Chief United States District Judge